#12-8735
/#686431

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION



IN RE:                    *          CASE # 08-34269 W
                          *          CHAPTER 13

Greiner, Rickie S. & Debra J.       *
Debtor                    *

TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1.  Ninety days have passed since final distribution was made in this case and/or case was
    closed. A stop payment has been issued on the following checks remaining unpaid.
    The names of the persons to whom such non-negotiated checks were issued, the
    amounts of such checks and the check numbers are:

| Check # | Payee | Amount | Date Issued |
|---------|-------|--------|-------------|
| 655950 | PRA Receivables Management LLC<br>Agent of Portfolio Recovery Assoc.<br>P O Box 12914<br>Norfolk, VA 23541 | 48.82 | 3/31/10 |

2.  Your trustee's check #686431 for a total of $ 48.82   payable to the clerk of the United
States Bankruptcy Court, is attached to this report.

Date: 07/28/10

_____
John P. Gustafson
Trustee in Bankruptcy